UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------------------X
HENRY MACAL, individually and on behalf of all others
similarly situated,

                           Plaintiff,

-against-

CIRTON INC. D/B/A CONTE'S PIZZA AND CIRO BALDINO,

                          Defendants.
---------------------------------------------------------------------X

Civil Action No.
3:22-cv-04684-FLW-DEA

## **STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE**

**WHEREAS,** on July 21, 2022, Plaintiff filed a Complaint, which asserts claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"); the New Jersey Wage and Hour Law ("NJWHL"); the New Jersey Wage Payment Law ("NJWPL"); and 26 U.S.C. § 6724;

**WHEREAS,** the parties reached a settlement of this action and Plaintiff's claims through arms' length negotiations and have entered into a Settlement Agreement and Release, filed on the Court's docket (the "Agreement"), formally memorializing the parties' settlement;

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA, NJWHL, NJWPL, and/or time worked; and

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, and ordered by this Court, that this action be and hereby is dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: ~~New York, New York~~

4th day of May, 2023

| KATZ MELINGER PLLC | KALAVRUZOS, MUMOLA, HARTMAN, LENTO & DUFF, LLC |
|---|---|
| By: _____<br>Katherine Morales, Esq.<br>370 Lexington Avenue, Suite 1512<br>New York, New York 10017<br>T: (212) 460-0047<br>F: (212) 428-6811<br>kymorales@katzmelinger.com<br>*Attorneys for Plaintiff* | By: _____<br>Brian J. Duff, Esq.<br>2681 Quakerbridge Rd<br>Hamilton, New Jersey 08619<br>T: (609) 853-5579<br>F: (609)-586-9404<br>bduff@kmhlawyers.com<br>*Attorneys for Defendants* |

The Clerk is directed to close this case.

So Ordered:

_____
Jas E. Arpert, U.S.M.J.

2